IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:22mj31-MJF

CHAE WON HANSEN
_____/

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That on or about December 31, 2021, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, the defendant,

**CHAE WON HANSEN,**

did embezzle, steal, purloin, or convert to her use, property of the United States of a value less than One Thousand Dollars ($1,000.00), in violation of Title 18, United States Code, Section 641.

_____ for      May 13, 2022
JASON R. COODY                    DATE
United States Attorney

FILED USDC FLND PC
'22 MAY 17 AM 9:03